IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DINAH PRICE                                                                                              PLAINTIFF

v.                              CASE NO. 4:22-CV-00822-BSM

UNITED STATES SOCIAL SECURITY                                          DEFENDANT
ADMINISTRATION

## ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 23] is adopted and Dinah Price's complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of July, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE