IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DINAH PRICE**                                                                                          **PLAINTIFF**

v.                              CASE NO. 4:22-CV-00822-BSM

**UNITED STATES SOCIAL SECURITY**                                     **DEFENDANT**
**ADMINISTRATION**

## JUDGMENT

Consistent with order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE